UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GEORGE S. HARASZ, et al. | : | CIVIL ACTION NO. |
| VS. | : | 3:15-cv-01528 (CSH) |
| JOETTE KATZ, et al. | : | MAY 22, 2017 |

## PLAINTIFFS' EMERGENCY MOTION TO SEAL EXHIBIT

The plaintiffs move, pursuant to Local Rule 5(e) of the U.S. District Court for the District of Connecticut, for an Emergency Order to Seal Ex. 3, filed as Doc. 51-6, as there were unredacted dates of birth on the filed exhibit. Attached is a substituted Ex. 3, with redactions.

**Plaintiffs,
George S. Harasz &
Douglas A. Wirth**

By: /S/ *Sally A. Roberts*
Sally A. Roberts (#ct24828)
Law Office of Sally A. Roberts, LLC
40 Russ Street
Hartford, CT 06106
Tel: 860.384.6701
Fax: 860.920.5233
Cell: 860.328.0767
sallyroberts@SallyRobertsLegal.com
www.SallyRobertsLegal.com

## CERTIFICATION

This is to certify that on May 22, 2017, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/S/ *Sally A. Roberts*
Sally A. Roberts (ct24828